Marie Kozelka, Respondent, v. The Prudential Insurance Company of America, Appellant.— Order permitting plaintiff to discontinue action upon

*Affd., 263 N. Y. 576.

payment of twenty-five dollars costs to defendant affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.